FILED

12/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0506

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0506

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

EDWARD JEFFREY ALLEN,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 28, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 16 2021